IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PREMIER BANK, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:13-cv-340 |
| TECHNOLOGY RESOURCES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 26, 2013, in response to Plaintiff Premier Bank, Inc.'s Motion for Default Judgment against Defendants Technology Resources, Inc. ("TRI"), Roger D. Rutti ("R. Rutti"), and Azita L. Rutti ("A. Rutti") (collectively referred to as "Defendants"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Defendants have not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED as to entry of default judgment against Defendants Technology Resources, Inc., Roger D. Rutti, and Azita L. Rutti

in favor of Plaintiff on Count I for Breach of Negotiable Instrument. It is further

ORDERED that Plaintiff is awarded damages against Defendants jointly and severally in the amount of $907,836.42 including principal amounting to $718,680.03, interest in the amount of $94,916.89, $91,266.37 in late fees, interest in the amount of $73.83, and attorneys' fees and costs amounting to $2,899.30. It is further

ORDERED that Plaintiff's Motion for Default Judgment is DENIED as to Plaintiff's request for $1,140 in estimated attorneys' fees not yet billed.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
December 23, 2013

2